In the Matter of ARTHUR J. WALSH et al., Respondents, v ANITA S. KATZ et al., Respondents, and DANIEL C. ROSS, Appellant. (And a Third-Party Action.)

Submitted August 23, 2010; decided September 16, 2010

Motion to vacate this Court's August 2, 2010 dismissal order granted [*see* 15 NY3d 801 (2010)].